**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS JUAREZ,<br><br>                         Plaintiff,<br><br>v.<br><br>JAMES HILL, *Warden, RJSDP*, et al.,<br><br>                         Defendants. | Case No. 24-cv-2315-MMA-LR<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM AND FAILURE TO PROSECUTE HIS CLAIMS** |

On April 16, 2025, the Court issued an order dismissing "all claims against all Defendants in the complaint for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e)(2) & 1915A(b)[,] with the exception of the Eighth Amendment claim against [Defendants] Perez and Abdi." Doc. No. 6 at 11. It gave Plaintiff 45 days leave from the date of that Order in which to "(1) notify the Court of his intent to proceed only with his claims in the [c]omplaint against Defendants Perez and Abdi; or (2) file a [f]irst [a]mended [c]omplaint that attempts to correct any or all of the deficiencies of pleading identified" in that order. *Id.* at 11–12.

In a request for extension dated May 24, 2025, Plaintiff requested additional time to file his first amended complaint. Doc. No. 8. On June 5, 2025, the Court issued an order, on Plaintiff's motion, extending his time to comply with the previous order and ordering that:

> If Plaintiff fails to file an amended complaint or notify the Court of his alternate intention to proceed only with the claims adequately pleaded in his original complaint on or before July 21, 2025, the Court will enter a final order dismissing this civil action based both on Plaintiff's failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b), and his failure to prosecute in compliance with a court order.

Doc. No. 9 at 3. Though Plaintiff indicated he intended to file a first amended complaint, he has failed to timely do so. Therefore, the Court **DISMISSES** Plaintiff's claims based on: (1) his failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b); and (2) his failure to prosecute in compliance with a court order. The Court **DIRECTS** the Clerk of Court to terminate all pending deadlines and close this case.

**IT IS SO ORDERED**.

Dated: August 18, 2025

HON. MICHAEL M. ANELLO
United States District Judge